AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

LAMARR ROWELL,

      Petitioner,      JUDGMENT IN A CIVIL CASE

v.

    CASE NUMBER:  **3:16-cv-00412-MMD-VPC**

STATE OF NEVADA, et al.,

      Respondent(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition is dismissed with prejudice as successive.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

October 17, 2016         **LANCE S. WILSON**
    Clerk

    /s/ K. Rusin
    Deputy Clerk